FIRST NATIONAL TRUST & SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator with the Will Annexed, etc., of FRANK CROZIER, Deceased, Plaintiff, v. J. ROY BROWNING, as Trustee in Bankruptcy of BURTON COAL COMPANY, and Others, Defendants, Appellants; UNITED STATES STEEL CORPORATION, GORDON L. EDWARDS, UNITED STATES FUEL COMPANY, and THE FIRST NATIONAL BANK OF CHICAGO, Intervenor, Defendants, Respondents, Impleaded with Others,

Defendants.— Judgment unanimously affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.